UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

SANDRA CORREA, individually and on behalf of others similarly situated,

        Plaintiff,

- against -

GOLD BULL VEND, LLC (DBA AS SUDSY WATER LAUNDRY & DRY CLEANERS), AND LECHANA CLARK,

        Defendant.

21-cv-7781 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by January 21, 2022.

SO ORDERED.
Dated:    New York, New York
           January 8, 2022

                                    John G. Koeltl
                              United States District Judge