**KAUFMAN DOLOWICH VOLUCK**
ATTORNEYS AT LAW

Edward H. Grimmett, Esq.
EGrimmett@kdvlaw.com

Kaufman Dolowich & Voluck, LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
Telephone: 516.681.1100
Facsimile: 516.681.1101
www.kdvlaw.com

October 14, 2022

**VIA ECF**
Honorable John G. Koeltl
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
10/15/22
John G. Koeltl, U.S.D.J.

Re:   Correa v. Gold Bull Vend, LLC et al
      21-cv-07781-JGK

Dear Judge Koeltl:

We represent defendants, Gold Bull Vend, LLC (d/b/a Sudsy Water Laundry & Dry Cleaners) and LaChena Clark[1] (collectively referred to hereinafter as "Defendants"), in the above-referenced matter.

This letter is submitted jointly by the parties to respectfully request an extension of time to file a motion for settlement approval, from the current deadline of October 14, 2022 to November 14, 2022. This is the first request for an extension to file a motion for settlement approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2015). Counsel for the parties are continuing to negotiate the terms of the settlement agreement and are requesting additional time to finalize same.

We thank the Court for its consideration of this matter.

Respectfully submitted,
Kaufman Dolowich & Voluck, LLP

Edward Grimmett

cc:   All Counsel of Record (via ECF)

---

[1] Please note that "LaChena Clark" was incorrectly identified in the caption of the Amended Complaint as "LaChana Clark."