

# STILLMAN LEGAL, P.C

www.FightForUrRights.com

42 BROADWAY, 12TH FLOOR, NEW YORK NY 10004

November 14, 2022

**VIA ECF**
Honorable John G. Koeltl
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.
11/14/22

Re: **Correa v. Gold Bull Vend, LLC et al**
    **21-cv-07781-JGK**

Dear Judge Koeltl:

This office represents Plaintiff Sandra Correa in the above-referenced matter. I write, jointly with counsel for Defendants, to respectfully request an extension of time to file a motion for settlement approval, from the current deadline of November 14, 2022 to December 5, 2022. This is the parties' third request for an extension to file a motion for settlement approval pursuant to *Cheeks v. Pancake House, Inc.*, 796 F.3d 199 (2015). All previous requests were approved by Your Honor. Counsel for the parties have finalized a majority of the terms of the settlement agreement, but Plaintiff has been unavailable and has not reviewed the terms of the settlement agreement that remain the subject of negotiation. Accordingly, this extension is necessary for the parties to finalize the settlement agreement and execute same.

We thank the Court for its time and consideration of this matter.

Respectfully submitted,
Lina Stillman, Esq.

cc: All Counsel of Record (via ECF)



# STILLMAN LEGAL, P.C
—— www.FightForUrRights.com ——
42 BROADWAY, 12TH FLOOR, NEW YORK NY 10004