UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
SANDRA CORREA, *individually and on behalf of others similarly situated*,

                    Plaintiff,

GOLD BULL VEND, LLC (DBA AS SUDSY
WATER LAUNDRY & DRY CLEANERS)
LECHANA CLARK.

                    Defendants.
-----------------------------------------------------------------------x

Case No.: 21-cv-07781-JGK

**STIPULATION OF DISMISSAL WITH PREJUDICE**

      **IT IS HEREBY STIPULATED AND AGREED**, by and between Sandra Correa ("Plaintiff") and Gold Bull Vend, LLC d/b/a Sudsy Water Laundry & Dry Cleaners and LaChena Clark[2] (collectively the "Defendants"), through their undersigned counsel that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed, and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Complaint in the above-captioned action and all claims alleged therein be dismissed with prejudice, with each party to bear their own attorneys' fees and costs.

      Plaintiff is precluded from bringing any further claims against the Defendants under the Fair Labor Standards Act or New York Labor Law, or any federal, state or local law, for unpaid wages, including minimum wages and overtime pay for the period set forth in Plaintiff's Complaint.

---

[2]   "LaChena Clark" was incorrectly identified in the Caption of the Amended Complaint as "LeChana Clark."

**IT IS FURTHER STIPULATED AND AGREED** that this Stipulation may be executed in counterparts with scanned PDF or facsimile signatures treated as originals.

Dated: _____, 2022

RAGLAN AND STILLMAN, LLP
*Attorneys for Plaintiff*

By: *Lina Franco Stillman, Esq*
        Lina Stillman, Esq.
42 Broadway, 12th Floor
New York, New York 10004
(212) 832-1000
ls@stillmanlegalpc.com

Dated: December 5, 2022

KAUFMAN DOLOWICH & VOLUCK, LLP
*Attorneys for Defendants*

By: _____
        Keith Gutstein, Esq.
        Edward Grimmett, Esq.
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
(516) 681-1100
kgutstein@kdvlaw.com
egrimmett@kdvlaw.com

**SO ORDERED:**

_____/s/ John G. Koeltl_____ 12/9/22
Hon. John G. Koeltl, U.S.D.J.

*The Court finds that the Settlement, including the provision of attorney's fees and costs is fair, reasonable and adequate.*

*The Clerk is directed to close this case.*

*So ordered.*
*/s/ JG Koeltl*
*12/9/22     U.S.D.J.*

16